

**THOMAS, THOMAS & HAFER**LLP
—————— Attorneys At Law ——————

Mailing Address:
P.O. Box 999, Harrisburg, PA 17108
Street Address:
225 Grandview Avenue, Fifth Floor
Camp Hill, PA 17011
Phone: 717.237.7100  Fax: 717.237.7105

*Hugh P. O'Neill*
*(717) 255-7629*
*honeill@tthlaw.com*

September 25, 2020

<u>Via ECF</u>

Chief Judge John E. Jones, III
United States District Court
Middle District of Pennsylvania
Ronald Reagan Federal Bldg. & U.S. Courthouse
228 Walnut Street
Harrisburg, PA 17101

> **Re:  Respiratory Health Services, LLC v. Pleasant Acres Operating, LLC, et al.**
> **Civil Action No.:  1:20-CV-01047-JEJ**

Dear Judge Jones:

The parties are pleased to advise the Court that they have amicably resolved their differences and it will not be necessary to have the Case Management Conference currently scheduled for September 30, 2020. The parties are currently working toward an agreed upon document reflecting these settlement terms. While they are proceeding, and due to the terms of the settlement, the parties would request that the Court retain jurisdiction over this matter until November 30, 2020. After this time, and assuming the parties act consistent with the settlement terms, Plaintiff will file a dismissal with prejudice.

Respectfully yours,

**THOMAS, THOMAS & HAFER, LLP**

Hugh P. O'Neill

HPO/jtm:4664479.1

Cc:    Jennifer Metzger Stinnett, Esquire (via email – jstinnett@fmdlegal.com)
       Daniel C. Fleming, Esquire (via email – dfleming@wongfleming.com)