## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RESPIRATORY HEALTH SERVICES, LLC, | : | 1:20-cv-1047 |
| | : | |
| Plaintiff, | : | |
| | : | Hon. John E. Jones III |
| v. | : | |
| | : | |
| PLEASANT ACRES OPERATING, LLC, *d/b/a Pleasant Acres Rehabilitation and Nursing Center, et al.,* | : | |
| Defendant. | : | |

## ORDER

### September 28, 2020

Counsel for the Parties having reported to the Court that they have reached a resolution of this matter and are awaiting the final conditions of settlement, **IT IS ORDERED THAT this** action is **DISMISSED** without costs and without prejudice to the right of either party, upon good cause shown, to apply for reinstatement of the action within sixty days of the date of this Order if settlement has not been consummated.

After the expiration of 60 days and in the event no application for reinstatement is filed by either party before the expiration of 60 days, this action shall be deemed **DISMISSED WITH PREJUDICE.**

The Case Management Conference Scheduled for September 30, 2020 is

**CANCELLED**.  The Clerk of Court shall **TERMINATE** the pending motion

(Doc. 19) in this case.

<u>s/ John E. Jones III</u>
John E. Jones III, Chief Judge
United States District Court
Middle District of Pennsylvania