# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
### AT HARRISBURG

RESPIRATORY HEALTH             )
SERVICES, LLC                  )          CASE NO.  1:20-cv-01047-JEJ
                               )
PLAINTIFF                      )
                               )          **STIPULATION OF**
                               )          **DISMISSAL WITH**
v.                             )          **PREJUDICE**
                               )
PLEASANT ACRES OPERATING,      )
LLC d/b/a PLEASANT ACRES       )
REHABILITATION AND             )
NURSING CENTER, et al.         )
                               )

Plaintiff, Respiratory Health Services, LLC ("RHS") and Defendants, Pleasant Acres Operating, LLC d/b/a Pleasant Acres Rehabilitation and Nursing Center ("Pleasant Acres") and Premier Healthcare Management LLC ("Premier") (collectively, "Defendants") have settled the disputes in this action pursuant to the terms of a Settlement Agreement dated September 29, 2020, which is incorporated herein by reference (the "Settlement Agreement").

Accordingly, RHS and Defendants, by counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate and agree to the dismissal of this action and all claims asserted in it *with prejudice*.

The parties request that the Court enter an Order of Stipulated Dismissal to this effect.

As seen and agreed,

/s/  *Jennifer Metzger Stinnett*

Daniel Fleming
PA Bar ID: 80126
Wong Fleming, P.C.
1500 John F. Kennedy Boulevard
Two Penn Center Plaza, Suite 810
Philadelphia, PA 19102
Tel:  (215) 546-2776
dfleming@wongfleming.com

-and-

Benjamin C. Fultz (*to seek admission pro hac vice*)
Jennifer Metzger Stinnett (*admitted pro hac vice*)
Fultz Maddox Dickens PLC
101 S. Fifth Street, 27th Floor
Louisville, Kentucky 40202
Telephone: (502) 588-2000
Facsimile: (502) 588-2020
bfultz@fmdlegal.com
jstinnett@fmdlegal.com

Counsel for Plaintiff

/s/  *Hugh P. O'Neill* (with permission)
Hugh P. O'Neill, III
Jared M. Mellott
Thomas, Thomas & Hafer, LLP
P.O. Box 999
Harrisburg, PA 17108
Phone: (717) 237-7100
honeill@tthlaw.com
JMellott@tthlaw.com

## CERTIFICATE OF SERVICE

I certify that on December 2, 2020, I filed the foregoing with the Court's

ECF system, which will serve all counsel of record.

/s/ *Jennifer Metzger Stinnett*
*Counsel for Plaintiff*